NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-7009

MICHAEL F. YOUNG,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in case no. 07-3164, Judge Robert N. Davis.

ON MOTION

## ORDER

Upon consideration of Michael F. Young's motion to voluntarily withdraw his appeal,

IT IS ORDERED THAT:

(1)     The motion is granted.

(2)     Each side shall bear its own costs.

FOR THE COURT

FEB 0 3 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:     Kenneth M. Carpenter, Esq.
Lauren A. Weeman, Esq.

s21

ISSUED AS A MANDATE:     FEB 0 3 2010

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 3 2010

JAN HORBALY
CLERK